UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC<br><br>Plaintiff,<br><br>v.<br><br>SEIKO EPSON CORPORATION and<br>EPSON PRECISION PHILIPPINES, INC.,<br><br>Defendants. | Civil Action No. 4:21-cv-00718-ALM<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MATTHEW J. HERTKO IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)
OR, IN THE ALTERNATIVE, TO TRANSFER VENUE
TO THE CENTRAL DISTRICT OF CALIFORNIA**

I, Matthew J. Hertko, declare as follows:

1.      I am a partner of the law firm of Jones Day and counsel of record for Defendants

Seiko Epson Corporation and Epson Precision Philippines, Inc. in the above-captioned action.  I

am a member in good standing of the state Bar of Illinois, and I will submit an application *pro*

*hac vice* admission to this Court for purposes of this action.  I make this declaration based on

personal knowledge and, if called upon to do so, could testify competently thereto.

2.      Attached hereto at Exhibit A is a true and correct printout of the Account Status

for American Patents, LLC obtained from the website for the Texas Secretary of State by

searching "American Patents" at the URL https://mycpa.cpa.state.tx.us/coa/coaSearchBtn#, last

accessed on December 16, 2021.

3.      Attached hereto at Exhibit B is a true and correct printout of the assignment

history for U.S. Patent No. 7,088,782, available from the United States Patent and Trademark

Office ("USPTO") at:

https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7088782&type
=patNum, last accessed on December 16, 2021.

4.      Attached hereto at Exhibit C is a true and correct printout of the assignment
history for U.S. Patent No. 7,310,304, available from the USPTO at:

https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7310304&type
=patNum, last accessed on December 16, 2021.

5.      Attached hereto at Exhibit D is a true and correct printout of the assignment
history for U.S. Patent No. 7,706,458, available from the USPTO at:

https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=7706458&type
=patNum, last accessed on December 16, 2021.

6.      Attached hereto at Exhibit E is a true and correct printout of the assignment
history for U.S. Patent No. 6,847,803, available from the USPTO at:

https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=6847803&type
=patNum, last accessed on December 16, 2021.

7.      Attached hereto as Exhibit F is a true and correct printout from the webpage
found at the following URL:  https://epson.com/For-Work/Wearables/Smart-Glasses/Moverio-
BT-350-Smart-Glasses/p/V11H837020, last accessed on December 16, 2021.

8.      Attached hereto at Exhibit G is a true and correct printout from the webpage
found at the following URL:  https://epson.com/For-Work/Projectors/Meeting-Room/PowerLite-
1288-Full-HD-1080p-Meeting-Room-Projector-with-Built-in-Wireless-and-
Miracast/p/V11H978120, last accessed on December 16, 2021.

9.      Attached hereto as Exhibit H is a true and correct printout from the webpage found at the following URL:  https://epson.com/c/Moverio-BT-40S-Smart-Glasses-with-Intelligent-Touch-Controller/p/V11H969120, last accessed on December 16, 2021.

10.      Attached hereto as Exhibit I is a true and correct copy of the specification sheet found at the following URL:

https://mediaserver.goepson.com/ImConvServlet/imconv/ea07add1b62aa56ea948796f4feb479a8 4d2c8bf/original?assetDescr=PowerLite-1288-Projector_Specification-Sheet-CPD-59278, last accessed on December 16, 2021.

11.      Attached hereto as Exhibit J is a true and correct copy of the specification sheet found at the following URL:    https://epson.com/medias/Moverio-BT-40s-Product-Specification-Sheet-CPD-60657-

Final.pdf?context=bWFzdGVyfHJvb3R8NTE0Mjk5fGFwcGxpY2F0aW9uL3BkZnxoMzYvaD Q0Lzk2MzIyNzcxMDI2MjIucGRmfDI3Y2ZhYmIxNWFlZGYxYTlmOTRmMmFjNWQ0NmR mOGMzN2RkMGM4MTYyMGU1Mzc1MmU3OTFiM2U0N2MwNjc3NDc, last accessed on December 16, 2021.

12.      Attached hereto at Exhibit K is a true and correct printout of the distance calculation between Tokyo, Japan and Los Angeles, CA provided by Geobytes, Inc., available at https://geobytes.com/citydistancetool/, last accessed on December 16, 2021.

13.      Attached hereto at Exhibit L is a true and correct printout of the distance calculation between Tokyo, Japan and Dallas, TX provided by Geobytes, Inc., available at https://geobytes.com/citydistancetool/, last accessed on December 16, 2021.

14.      Attached hereto at Exhibit M is a true and correct printout of the driving distance calculation between Dallas/Ft. Worth International Airport and Sherman, TX provided by

Google Maps, available at

https://www.google.com/maps/dir/DFW+International+Airport+(DFW),+Aviation+Drive,+DFW

+Airport,+TX/Sherman,+TX/@33.2674212,-

97.1047917,10z/data=!4m14!4m13!1m5!1m1!1s0x864c2a660d222aa7:0x73323f5e067d201c!2

m2!1d-

97.0403352!2d32.8998091!1m5!1m1!1s0x864c79cc503f06b7:0x8f9e9208cae18551!2m2!1d-

96.6088805!2d33.6356618!3e0, last accessed on December 16, 2021.

15.     Attached hereto at Exhibit N is a true and correct printout of an Expedia Travel

search for nonstop flights between Tokyo, Japan and Los Angeles, CA, available at

https://www.expedia.com/Flights-

Search?filters=%5B%7B%22numOfStopFilterValue%22%3A%7B%22stopInfo%22%3A%7B%

22stopFilterOperation%22%3A%22EQUAL%22%2C%22numberOfStops%22%3A0%7D%7D

%7D%5D&leg1=from%3ATokyo%20%28TYO-

All%20Airports%29%2Cto%3ALos%20Angeles%2C%20CA%20%28LAX-

Los%20Angeles%20Intl.%29%2Cdeparture%3A3%2F7%2F2022TANYT&leg2=from%3ALos

%20Angeles%2C%20CA%20%28LAX-

Los%20Angeles%20Intl.%29%2Cto%3ATokyo%20%28TYO-

All%20Airports%29%2Cdeparture%3A3%2F11%2F2022TANYT&mode=search&options=carr

ier%3A%2A%2Ccabinclass%3A%2Cmaxhops%3A1%2Cnopenalty%3AN&passengers=adults

%3A1%2Cchildren%3A0%2Cinfantinlap%3AN&sortOrder=INCREASING&sortType=PRICE

&trip=roundtrip, last accessed on December 20, 2021.

16.     Attached hereto at Exhibit O is a true and correct printout of an Expedia Travel

search for nonstop flights between Tokyo, Japan and Dallas, TX, available at

https://www.expedia.com/Flights-

Search?filters=%5B%7B%22numOfStopFilterValue%22%3A%7B%22stopInfo%22%3A%7B%

22stopFilterOperation%22%3A%22EQUAL%22%2C%22numberOfStops%22%3A0%7D%7D

%7D%5D&leg1=from%3ATokyo%20%28TYO-

All%20Airports%29%2Cto%3ADallas%2C%20TX%20%28DFW-Dallas-

Fort%20Worth%20Intl.%29%2Cdeparture%3A3%2F7%2F2022TANYT&leg2=from%3ADallas

%2C%20TX%20%28DFW-Dallas-

Fort%20Worth%20Intl.%29%2Cto%3ATokyo%20%28TYO-

All%20Airports%29%2Cdeparture%3A3%2F11%2F2022TANYT&mode=search&options=carr

ier%3A%2A%2Ccabinclass%3A%2Cmaxhops%3A1%2Cnopenalty%3AN&pageId=0&passeng

ers=adults%3A1%2Cchildren%3A0%2Cinfantinlap%3AN&sortOrder=INCREASING&sortTyp

e=PRICE&trip=roundtrip, last accessed on December 20, 2021.

17.     Attached hereto at Exhibit P is a true and correct printout of the publicly available

LinkedIn page of Apurva N. Mody, Ph. D., available at www.linkedin.com/in/apurva-n-mody-

ph-d-730a21, last accessed on December 16, 2021.

18.     Attached hereto at Exhibit Q is a true and correct printout of the publicly available

LinkedIn page of Gordon Stuber, available at www.linkedin.com/in/gordon-stuber-9742a714,

last accessed on December 16, 2021.

19.     Attached hereto at Exhibit R is a true and correct printout of the publicly available

LinkedIn page of Jyri Rauhala, available at www.linkedin.com/in/jyri-rauhala-3b73a5a, last

accessed on December 16, 2021.

20.     Attached hereto at Exhibit S is a true and correct printout of the publicly available

LinkedIn page of Olli-Pekka Lunden, available at www.linkedin.com/in/olli-pekka-lundén-

441089a2, last accessed on December 16, 2021.

21.     Attached hereto at Exhibit T is a true and correct printout of the publicly available

LinkedIn page of Marko Erkkila, available at www.linkedin.com/in/markoerkkila, last accessed

on December 16, 2021.

22.     Attached hereto at Exhibit U is a true and correct printout of the publicly available

LinkedIn page of Paul Hunter, available www.linkedin.com/in/paul-hunter-1766782, last

accessed on December 16, 2021.

23.     Attached hereto at Exhibit V is a true and correct copy of Table C-5 of the Federal

Judicial Caseload Statistics, titled "U.S. District Courts – Median Time Intervals From Filing to

Disposition of Civil Cases Terminated, by District and Method of Disposition During the 12-

Month Period Ending March 31, 2021," available at https://www.uscourts.gov/statistics/table/c-

5/federal-judicial-caseload-statistics/2021/03/31, last accessed on December 16, 2021.

24.     Attached hereto at Exhibit W is a true and correct printout of a listing from

Docket Navigator of all current and prior litigations in which AP has asserted U.S. Patent Nos.

7,088,782; 7,310,304; and 7,706,458, available at

https://search.docketnavigator.com/patent/patent/60722/1, last accessed on December 16, 2021.

25.     Attached hereto at Exhibit X is a true and correct printout of a listing from Docket

Navigator of all current and prior litigations in which AP has asserted U.S. Patent No. 6,847,803,

available at https://search.docketnavigator.com/patent/patent/65520/1, last accessed on

December 16, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December $\partial$ ) , 2021

Matthew J. Hertko