# EXHIBIT B



# Assignment abstract of title for Application 10128821

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| TIME AND FREQUENCY SYNCHRONIZATION IN MULTI-INPUT, MULTI-OUTPUT (MIMO) SYSTEMS<br>Apurva N. Mody, Gordon L. Stuber | 7088782<br>Aug 08, 2006 | 20020181509<br>Dec 05, 2002 | 10128821<br>Apr 24, 2002 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 046405/0369 | Jun 29, 2018 | Jul 19, 2018 | 6 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| INTELLECTUAL VENTURES ASSETS 74 LLC | LARRY D. THOMPSON, JR.<br>4306 YOAKUM BLVD<br>STE 450<br>HOUSTON, TX 77006 |

**Assignee**
AMERICAN PATENTS LLC
2325 OAK ALLEY
TYLER, TEXAS 75703

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 046274/0778 | Jun 01, 2018 | Jul 05, 2018 | 3 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| CALLAHAN CELLULAR L.L.C. | INTELLECTUAL VENTURES MANAGEMENT- IP LEGAL<br>3150 139TH AVENUE SE<br>BUILDING 4, FLOOR 3<br>BELLEVUE, WA 98005 |

**Assignee**
INTELLECTUAL VENTURES ASSETS 74 LLC
251 LITTLE FALLS DRIVE
WILMINGTON, DELAWARE 19808

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 037358/0869 | Aug 27, 2015 | Dec 22, 2015 | 4 | 36 |

**Conveyance**
MERGER (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| TAFFCO THREE FUND, L.L.C. | FOLEY & LARDNER<br>150 EAST GILMAN STREET ROAD |

VEREX PLAZA
MADISON, WI 53703

**Assignee**
CALLAHAN CELLULAR L.L.C.
2711 CENTERVILLE RD
SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 022277/0458 | Dec 19, 2008 | Feb 19, 2009 | 1 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BAE SYSTEMS INFORMATION AND ELECTRONIC
SYSTEMS INTEGRATION INC.

**Correspondent**
PAUL S HUNTER, FOLEY & LARDNER
LLP
VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481

**Assignee**
TAFFCO THREE FUND, L.L.C.
2711 CENTERVILLE RD.
SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 019181/0352 | Apr 11, 2007 | Apr 19, 2007 | 1 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
GEORGIA TECH RESEARCH CORP.

**Correspondent**
MAUREEN MILES
65 SPIT BROOK ROAD
NHQ1-719
NASHUA, NH 03060

**Assignee**
BAE SYSTEMS INFORMATION AND ELECTRONIC
SYSTEMS INTEGRATION INC.
65 SPIT BROOK ROAD
NHQ1-719
NASHUA, NEW HAMPSHIRE 03060

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 013062/0528 | Jun 20, 2002 | Jul 08, 2002 | 1 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MODY, APURVA N.
STUBER, GORDON L.

**Correspondent**
THOMAS, KAYDEN, HORSTEMEYER
ET AL.
GLENN W. BROWN
100 GALLERIA PARKWAY
SUITE 1750
ATLANTA, GA  30339-5948

**Assignee**
GEORGIA TECH RESEARCH CORPORATION

505 TENTH STREET, N.W.
ATLANTA, GEORGIA 30332