# EXHIBIT F

DISCONTINUED　　　# Moverio BT-350 Smart Glasses



## Adjustable, highly transparent smart glasses for multi-user applications.

Designed for multi-user applications, Moverio BT-350 smart glasses feature an adjustable design, made to fit multiple sizes. With included admin software[1] and an optional USB dock, management of multiple devices is easy. Ideal for indoor and outdoor use, these highly transparent glasses redefine augmented reality (AR) with a groundbreaking Si-OLED display. Motion-tracking sensors and a high-resolution camera make it ideal for 360-degree apps. The binocular display enables stereoscopic content too. With wireless and Bluetooth® Smart (BLE) connectivity, the BT-350 supports multiple accessories. Built on the Moverio OS platform, it's ideal for developing AR apps.

**Model:** V11H837020

Overview　　▶

- **Innovative design** — durable hinge design accommodates a wide range of user head sizes
- **Designed for multi-user applications** — Epson Moverio Admin (EMA) device management software[1] and optional USB dock (holds up to five devices) enables scalable implementation
- **Ideal for both indoor and outdoor use** — built-in flip-up shade makes it easy
- **Hands-free operation** — head tracking and gesture control support hands-free user interfaces; includes neck strap and controller pouch
- **Ideal platform for developing AR apps** — seamlessly blend digital content into the world around you with highly transparent Si-OLED display
- **Built on the Moverio OS platform** — familiar and open development environment, plus access to the Moverio SDK with developer tools and resources
- **Packed with sensors** — motion-tracking sensors, plus front-facing high-resolution camera make it ideal for 360-degree AR apps

- **Dual (binocular) displays** — each lens has its own display, in your field of vision, projected into your surroundings; ideal for stereoscopic 3D content
- **Enhanced connectivity** — dual-band wireless connectivity and Bluetooth Smart (BLE) enable integration with a wide range of accessories
- **Portable** — rechargeable battery (in controller) offers up to six hours of battery life[2]; embedded 32GB SD card for additional storage

# Eco Features

- RoHS compliant
- Recyclable product[3]
- Epson America, Inc. is a SmartWay™ Transport Partner[4]

#### Better Products for a Better Future™
For more information on Epson's environmental programs, go to www.epson.com/environment

# What's In The Box:

- AC Adapter
- USB Cable
- Carrying  Pouch
- Shade unit x1 (2% dark shade, Flip-up)
- Neck strap
- USB attachment for Option Magnet case x1
- User's Guide

Specifications ▶

# Wearable Device Details:

#### Model Type:
See-Through OTG (Over the Glasses)

#### Power Supply Voltage Controller:
5 V 900 mA via micro USB terminal

#### Battery Life:
approx. 6 hrs

#### Power Supply Voltage AC Adapter:
100 - 240 V AC +/- 10%, 50/60 Hz with micro USB cable

#### Battery Type:
Li-Polymer

#### Dimensions Headset:
181 mm x 193.5 mm x 30.5 mm (without light shielding)

#### Dimensions Controller:

116 mm x 56 mm x 23 mm (Without magnet case)

**Weight Controller:**
approx.129 g (Without magnet case)

# Optical:

**Driving Method:**
Mono Crystalline Silicon Active Matrix

**Display Type:**
Si-OLED (Silicon - Organic Light-Emitting Diode)

**Display Size:**
0.43" inch wide panel (16:9)

**Pixel Number:**
921,600 pixels (1280x720xRGB)

**Refresh Rate:**
30 Hz

**Field of View:**
approx. 23 ° (diagonal)

**Screen Size - Projected Distance:**
40" at 2.5 m - 320" at 20 m

**Color Reproduction:**
24 bit-color (16.77 million colors)

# General:

**Temperature:**
41°F to 95°F

**Humidity:**
20% to 80%

Accessories



Accessories



Cases

Case 4:21-cv-00718-ALM   Document 16-6   Filed 12/21/21   Page 5 of 5 PageID #:  205

> Support

## Need Support?

Get the latest drivers, FAQs, manuals and more for your Epson product.

**Recommended Links:**

FAQs

Manuals and Warranty

Registration

Contact Support

## Notes:

[1] Only works with Windows® 7, 8 and 10.

[2] Battery life may vary considerably depending on applications used, device settings (for example, wireless on or off, brightness setting), and temperature.

[3] For convenient and reasonable recycling options, visit www.epson.com/recycle

[4] SmartWay is an innovative partnership of the U.S. Environmental Protection Agency that reduces greenhouse gases and other air pollutants and improves fuel efficiency.

© 2021 Epson America, Inc.