# EXHIBIT G

12/20/21, 9:11 AM PowerLite 1288 Full HD 1080p Meeting Room Projector with Built-in Wireless and Miracast | Meeting Room Projectors | For Wo…

Case 4:21-cv-00718-ALM Document 16-8 Filed 12/21/21 Page 2 of 5 PageID #: 211

OUT OF STOCK

# PowerLite 1288 Full HD 1080p Meeting Room Projector with Built-in Wireless and Miracast

Contact Us 800.463.7766

Mon-Fri 7am-4pm PT



## Bring ultra bright displays to meeting rooms with this wireless portable projector.

Deliver engaging, ultra bright presentations, video and more with the innovative PowerLite 1288 projector. Designed with meeting spaces in mind, this high-powered, portable projector features Miracast to easily mirror photos, videos and apps directly from your laptop or smart device[1]. Built using advanced 3LCD technology, the PowerLite 1288 provides 4,000 lumens of color and white brightness[2] and Full HD 1080p resolution to display outstanding, high-quality images. Ideal for a variety of business applications, this wireless projector offers fast, easy installation, HDMI® connectivity and built-in 16W speakers for easy projection on the go.

**Projection System**: 3LCD, 3-chip technology
**Native Resolution**: Full HD 1920 x 1080 (1080p)
**Color Brightness**: 4000 lumens[2]
**White Brightness**: 4000 lumens[2]

Throw Distance Calculator

Model: V11H978120

OUR PRICE :

# $799.00

★★★★★    Write a review

## Overview    ▶

### Wireless Screen Mirroring
Mirror device photos, videos and apps using Miracast®

### 3-chip 3LCD technology for Best-in-Class Color Brightness[3]
4,000 lumens of color and white brightness[2]

### Vibrant, High-Quality Images with Full HD 1080p Resolution
Delivers sharp, vivid displays for presentations, videos and more

### Built-in Wireless with Enterprise-level Security
Easily connects to laptops and smart devices[1] for enhanced flexibility and convenience during presentations

### Works with the Latest Laptops and Media Players
Supports HDMI the standard in connectivity, for digital video and audio in one cable

### Fast, easy setup with Epson®
Get up and running in no time with easy image adjustments and convenient control

- **The portability you need for presentations on the go** — convenient carrying case included
- **Built-in 16 W speaker and microphone input** — for engaging projector displays
- **Long-lasting lamp life** — up to 12,000 hours in ECO Mode[4]
- **Project images up to 300" plus split-screen capability**[5] — for side-by-side viewing

## Reviews    ▶

# Reviews

★★★★★
**Be the first to review this product**

Case 4:21-cv-00718-ALM Document 16-8 Filed 12/21/21 Page 4 of 5 PageID #: 213

| Accessories | ▶ |



Air Filters     Cases     Document Cameras





Lamp

| Support | ▶ |

## Need Support?

Get the latest drivers, FAQs, manuals and more for your Epson product.

### Recommended Links:

Drivers & Downloads
FAQs
Manuals and Warranty
Registration
Contact Support

## Notes:

[1] For wireless functionality, including via the Epson iProjection™ App, the projector must be configured on a network, either through the Ethernet port on the projector (check model specifications for availability) or via a wireless connection. Check your owner's manual to determine if a wireless LAN module must be purchased separately to enable a wireless connection. Not all Epson projectors are able to be networked. The Epson iProjection App does not support all files and formats. See http://epson.com/iprojection for details.

[2] Color brightness (color light output) and white brightness (white light output) will vary depending on usage conditions. Color light output measured in accordance with IDMS 15.4; white light output measured in accordance with ISO 21118.

12/20/21, 9:10 AM  PowerLite 1288 Full HD 1080p Meeting Room Projector with Built-in Wireless and Miracast | Meeting Room Projectors | For Wo…

Case 4:21-cv-00718-ALM Document 16-8 Filed 12/21/21 Page 5 of 5 PageID #: 214

³ Color brightness measured per IDMS 15.4. Additional colors and picture modes tested. Top-selling Epson 3LCD projectors vs. comparable top-selling 1-chip DLP projectors based on NPD sales data for May 2017 – April 2018. COLOR BRIGHTNESS WILL VARY BASED ON USAGE CONDITIONS.

⁴ Lamp life will vary depending upon mode selected, environmental conditions and usage. Lamp brightness decreases over time.

⁵ Split Screen feature requires remote control. Consult your user manual for input combinations.

⁶ For convenient and reasonable recycling options, visit www.epson.com/recycle

⁷ SmartWay is an innovative partnership of the U.S. Environmental Protection Agency that reduces greenhouse gases and other air pollutants and improves fuel efficiency.

© 2021 Epson America, Inc.