# EXHIBIT M

**Dallas/Fort Worth International Airport to Sherman, TX**

Drive 68.8 miles, 1 hr 7 min



🚗 **via Sam Rayburn Tollway and US-75 N** — 1 hr 7 min, 68.8 miles
Fastest route now due to traffic conditions
⚠ This route has tolls.

🚗 **via S Preston Rd** — 1 hr 13 min, 64.8 miles