# EXHIBIT N

# EXHIBIT N

　English　　List your property　　Support　　Trips　　Sign in

**Stays**　　**Flights**　　Cars　　Packages　　Things to do　　More travel

# Tokyo to Los Angeles
Mar 7 - Mar 11

1 **Filters**

Check COVID-19 restrictions.
Find out more　　Dismiss

**Choose departing flight**　>　Choose returning flight　>　Review your trip

[ Nonstop ✕ ]　　Clear all filters

**Flexible dates**
Compare prices for nearby days

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

Sort by
Price (Lowest)

---

**5:05pm - 10:00am**
Tokyo (NRT) - Los An… (LAX)
9h 55m (Nonstop)
 American Airlines • American Airlines 8408 operated by Japan Airlines
2 cleaning and safety practices

**$1,357**
Roundtrip per traveler

---

**4:20pm - 9:20am**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
American Airlines • American Airlines 8423 operated by Japan Airlines
2 cleaning and safety practices

**$1,400**
Roundtrip per traveler

---

**7:35pm - 12:35pm**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
United
3 cleaning and safety practices

**$1,516**
Roundtrip per traveler

**Unlock trip savings up to $362 when you book a flight + hotel**
Add a hotel to your trip and save.

Shop flight + hotel

---

**5:30pm - 10:25am**
Tokyo (NRT) - Los An… (LAX)
9h 55m (Nonstop)
United
3 cleaning and safety practices

**$1,516**
Roundtrip per traveler

---

**5:05pm - 10:00am**
Tokyo (NRT) - Los An… (LAX)
9h 55m (Nonstop)
Japan Airlines
2 cleaning and safety practices

**$1,575**
Roundtrip per traveler

---

**4:20pm - 9:20am**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
Japan Airlines
2 cleaning and safety practices

**$1,618**
Roundtrip per traveler

---

**7:35pm - 12:35pm**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
All Nippon Airways • All Nippon Airways 7542 operated by United
3 cleaning and safety practices

**$2,221**
Roundtrip per traveler

---

==**5:00pm - 9:50am**==
==Tokyo (NRT) - Los An… (LAX)==
==9h 50m (Nonstop)==
==All Nippon Airways==
==3 cleaning and safety practices==

==**$2,221**==
==Roundtrip per traveler==

---

**5:30pm - 10:25am**
Tokyo (NRT) - Los An… (LAX)
9h 55m (Nonstop)
All Nippon Airways • All Nippon Airways 7018 operated by United
3 cleaning and safety practices

**$2,221**
Roundtrip per traveler

---

**10:55pm - 3:55pm**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)

**$2,286**
Roundtrip per traveler

All Nippon Airways
2 cleaning and safety practices

**10:55pm - 3:55pm**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
United • United 7982 operated by All Nippon Airways
2 cleaning and safety practices

$2,447
Roundtrip per traveler

**4:20pm - 9:20am**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
American Airlines • American Airlines 8423 operated by Japan Airlines
2 cleaning and safety practices

$5,518
Roundtrip per traveler

**10:55pm - 3:55pm**
Tokyo (HND) - Los An… (LAX)
10h 0m (Nonstop)
United • United 7982 operated by All Nippon Airways

$6,404
Roundtrip per traveler

**Tell us how we can improve our site**

Share feedback

**Plan your trip in a snap on the app**
From home or hammock, organize your entire escape and explore app offers

Switch to the app

# expedia group

## Company

- About
- Jobs
- List your property
- Partnerships
- Newsroom
- Investor Relations
- Advertising

## Explore

- United States of America travel guide
- Hotels in United States of America
- Vacation rentals in United States of America
- Vacation packages in United States of America
- Domestic flights
- Car rentals in United States of America
- All accommodation types

## Terms and Policies

- Privacy policy
- Terms of use
- Expedia Rewards Terms
- Accessibility
- Do not sell my personal information

## Help

- Support
- Cancel your hotel or vacation rental booking
- Cancel your flight
- Refund timelines, policies & processes
- Use an Expedia coupon
- International travel documents

Expedia, Inc. is not responsible for content on external Web sites.

© 2021 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Airplane Logo are trademarks or registered trademarks of Expedia, Inc. CST# 2029030-50.