# EXHIBIT O

 **Expedia**                            🌐 English     List your property     Support     Trips     Sign in

Stays | **Flights** | Cars | Packages | Things to do | More travel ⌄

# Tokyo to Dallas
Mar 7 - Mar 11                                                                                       1 Filters

Check COVID-19 restrictions.
Find out more    Dismiss

**Choose departing flight** › Choose returning flight › Review your trip

[ Nonstop ✕ ]    Clear all filters

**Flexible dates**
Compare prices for nearby days                                                          ⌄

---

Prices displayed include taxes and may change based on availability. You can review any additional fees before checkout. Prices are not final until you complete your purchase.

Sort by
**Price (Lowest)** ⌄

**6:25pm - 2:55pm**
Tokyo (NRT) - Dallas (DFW)
11h 30m (Nonstop)
✈ American Airlines
2 cleaning and safety practices

**$1,832**
Roundtrip per traveler

**6:25pm - 3:05pm**
Tokyo (NRT) - Dallas (DFW)
11h 40m (Nonstop)
🔴 Japan Airlines • Japan Airlines 7012 operated by American Airlines
2 cleaning and safety practices

**$1,989**
Roundtrip per traveler

**10:55am - 7:25am**
Tokyo (HND) - Dallas (DFW)
11h 30m (Nonstop)
✈ American Airlines • American Airlines 8478 operated by Japan Airlines
2 cleaning and safety practices

**$2,029**
Roundtrip per traveler

**Unlock trip savings up to $362 when you book a flight + hotel**
Add a hotel to your trip and save.

Shop flight + hotel ›

**10:55am - 7:25am**
Tokyo (HND) - Dallas (DFW)
11h 30m (Nonstop)
Japan Airlines
2 cleaning and safety practices

**$2,164**
Roundtrip per traveler

**6:25pm - 2:55pm**
Tokyo (NRT) - Dallas (DFW)
11h 30m (Nonstop)
American Airlines
3 cleaning and safety practices

**$3,183**
Roundtrip per traveler

Tell us how we can improve our site

Share feedback

**Plan your trip in a snap on the app**
From home or hammock, organize your entire escape and explore app offers

Switch to the app

# expedia group

## Company

- About
- Jobs
- List your property
- Partnerships
- Newsroom
- Investor Relations
- Advertising

## Explore

- United States of America travel guide
- Hotels in United States of America
- Vacation rentals in United States of America
- Vacation packages in United States of America
- Domestic flights
- Car rentals in United States of America
- All accommodation types

## Terms and Policies

- Privacy policy
- Terms of use
- Expedia Rewards Terms
- Accessibility
- Do not sell my personal information

## Help

- Support
- Cancel your hotel or vacation rental booking
- Cancel your flight
- Refund timelines, policies & processes
- Use an Expedia coupon
- International travel documents

Expedia, Inc. is not responsible for content on external Web sites.

© 2021 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia and the Airplane Logo are trademarks or registered trademarks of Expedia, Inc. CST# 2029030-50.