# EXHIBIT P

# Apurva N. Mody, Ph. D.

Ideas | Strategy | Success | AiRANACULUS | National Spectrum Consortium
Chelmsford

## Contact

www.linkedin.com/in/apurva-n-mody-ph-d-730a21 (LinkedIn)
AiRANACULUS.com (Company)
www.linkedin.com/company/52141610/admin/ (Company)

## Top Skills

Digital Signal Processors
Signal Processing
Wireless

## Languages

English (Native or Bilingual)
Hindi (Professional Working)
French (Limited Working)
Gujarati (Professional Working)
Marathi (Limited Working)
Spanish (Elementary)

## Summary

Experienced idea generator with a demonstrated history of working in the commercial and defense industry. Research, Development (R&D), Prototyping and Intellectual Property Generation. Ability to identify transition opportunities and win-win for all parties. Strong business development and organizational leadership skills. From concept to implementation. Software, Hardware and Systems. Wireless Communications, Radar, Electronic Warfare, Spectrum Dominance, Awareness and Sharing.

---

## Experience

**AiRANACULUS**
Founder
August 2019 - Present (2 years 5 months)
Chelmsford, MA

Intelligent RF and Networking from Space to Smart Cities

Wireless Communications
- 5G and Beyond,
- Non-traditional means of Communications
- IEEE 802.22 / IEEE 802.11, SATCOM
- Broadband Internet for Rural Areas and and Developing Countries
- Industrial Internet of Things
- Connecting the Unconnected
- Critical Infrastructure Industry,

Defense Spectrum R&D
- Spectrum Dominance Awareness and Sharing, Radar,
- Electronic Warfare,
- Intelligence Surveillance and Reconnaissance
- Artificial Intelligence, Machine Learning, Data Analytics and Data Mining, Utilities

Page 1 of 5

Software Services

- Modeling and Simulations
- Blockchain
- Artificial Intelligence
- Autonomy
- Machine Learning
- Data Analytics
- Data Mining

WhiteSpace Alliance
Chairman, WhiteSpace Alliance
June 2011 - Present (10 years 7 months)
www.WhiteSpaceAlliance.org

WhiteSpace Alliance uses Spectrum Sharing Technologies to Alleviate the Digital Divide

Dr Apurva Mody is the Founding Chairman of the WhiteSpace Alliance.

The mission of the Whitespace Alliance is to use Spectrum Sharing Technologies and to promote the development, deployment and use of standards based products and services as a means of providing broadband capabilities via WhiteSpace spectrum. By promoting the use of standards, the Alliance will enable companies to provide broadband connectivity at reasonable cost. The WSA will also act as an enabler of the emerging white spaces ecosystem by helping to put in place interoperability, conformance, and compliance testing to make sure that our member stakeholders get the needed information & collaborations to succeed both in the market place and with regulatory requirements. Interoperability specifications will allow multiple vendors to enter the market and help to reduce the costs for the consumers. WhiteSpace Alliance promotes the use of IEEE, 3GPP and IETF Standards for use in the WhiteSpaces.
WSA™ is a registered trademark of the WhiteSpace Alliance.

Wi-FAR™ and WSAConnect™ are the inter-operability specifications developed by the WhiteSpace Alliance. They are also trademarks of the WhiteSpace Alliance.

Apurva's responsibilities include visibility and growth of the WSA, interactions with NTIA, FCC and other regulators all over the world, working with the ITU, creating new business models and relationships for the benefit of the WSA members, set the vision and the goals of the WSA, Chair the executive committee meetings.

National Spectrum Consortium
7 years

Board Director
January 2015 - Present (7 years)

Chairman
January 2018 - December 2018 (1 year)
www.nationalspectrumconsortium.org

The National Spectrum Consortium mission is to execute R&D, prototyping, and piloting initiatives to coordinate and broaden the access to, and maximize the military and commercial value of the existing electromagnetic spectrum. NSC is a spectrum industry consortium collaborating with multiple government agencies through a 5 year, $1.25 Billion, Section 815 Prototype Other Transaction Agreement (OTA) with the Office of the Deputy Assistant Secretary of Defense, Emerging Capabilities and Prototyping (ODASD, EC&P).

Apurva's responsibilities include visibility and growth of the NSC, interactions with United States Congress, NTIA, FCC, interactions with various Department of Defense and Government agencies to bring in new funding sources to the NSC, Chair the Executive Committee meetings and the General Membership Meetings.

Vice Chair
January 2016 - December 2017 (2 years)

The National Spectrum Consortium mission is to execute R&D, prototyping, and piloting initiatives to coordinate and broaden the access to, and maximize the military and commercial value of the existing electromagnetic spectrum.

Mission

Our mission is to foster collaboration between Government and Industry to identify, develop and demonstrate the enabling technologies necessary to

broaden the military and commercial access to and use of the electromagnetic spectrum.

## BAE Systems
### Technology Development Manager (Grade 14)
January 2016 - August 2019 (3 years 8 months)
Greater Boston Area

Areas of Expertise

Organizational and technical leadership, proven track record across all stages of business development life-cycle, leading to winning proposals and leading projects,  capture team lead, program management, team-building, strategic partnerships, collaboration to create win-win opportunities, International Telecommunications Union (ITU), standards development (IEEE, IETF, 3GPP-LTE, 5G), strategic thinking, Government interactions and regulations, rural broadband, wireless & fiber optic Communications, Non Govt. Organizations, strategic advisor to Governments, spectrum sharing and spectrum exploitation, advanced communications systems.

Captured significant New Technology and New Customer R&D Funding.

Responsibilities include:
o    Business development, new business capture, principle investigator and program management
o    Personnel management and mentoring
o     Industry leadership in several verticals of spectrum sharing technologies
o     Commercialization of defense technologies

## BAE Systems, Inc.
10 years 8 months

### Senior Principal Electrical Engineer (Grade 12 - 13)
June 2010 - January 2016 (5 years 8 months)
Greater Boston Area

Converted BAE Systems into a world-recognized leader of Cognitive Communications through new business capture and key strategic wins.

### Principal Electrical Engineer (Grade 10 - 11)
June 2005 - May 2010 (5 years)
Greater Boston Area

Developed many cool technologies that led to BAE Systems making crucial in-roads into new market segments.

### Georgia Institute of Technology
Ph. D.
1999 - 2004 (5 years)
Greater Atlanta Area

Department of Electrical and Computer Engineering

Ph. D. Research Area - Receiver Implementation for SISO and MIMO-OFDM Systems

Obtained six patents in the area of SISO and MIMO-OFDM Systems through the Ph. D. research work, along with publications and book chapters.

The patents were later sold to a private company.

---

## Education

### Georgia Institute of Technology
Ph. D., Electrical Engineering · (1998 - 2004)

### Massachusetts Institute of Technology
Signal Processing and Optimization , Electrical and Electronics Engineering · (2005 - 2005)

### Georgia Institute of Technology
Doctor of Philosophy (Ph.D.)