# EXHIBIT Q

## Contact

www.linkedin.com/in/gordon-stuber-9742a714 (LinkedIn)

# Gordon Stuber

Professor at Georgia Institute of Technology
Atlanta

## Experience

Georgia Institute of Technology
Professor

———