# EXHIBIT T

## Contact

www.linkedin.com/in/markoerkkila (LinkedIn)

## Top Skills

M-Files EIM
Product Management
Mobile Devices

## Languages

English
Swedish
Finnish
German

## Certifications

M-Files Business Administrator

## Patents

Data Adapter Unit for Infrared Communication

# Marko Erkkila

Account Executive at M-Files Suomi
Tampere

## Summary

I have been working over 20 years in the area of high technology and international product development. My carieer consists of several positions ranging from software design to user experience and product management. Managing product categories included creation of product and technology strategies, definition of product portfolios and people management. I am very familiar with different roles of product development due to personal experience and working practice.

Entrepreneurship and managerial skills were needed in roles of Product Program Manager (PPM) which is very close to a role of Managing Director of a small or medium size company. PPM has a business responsibility including profitability calculations, people management, internal sales, risks management and ensuring funding for product programs. Operative work included management of quality, product development, conformance testing, sourcing, logistics, production and after market services projects.

My people management and co-operation skills with companies in multicultural environment were enriched and developed during my 2 years stay in USA (Dallas, TX).

Specialties: Innovativity, User Experience, strong business knowledge, people management and broad technical know-how are my core competences and close to my heart as well.

---

## Experience

**M-Files Suomi**
7 years 4 months

**Account Executive**
June 2020 - Present (1 year 7 months)
Tampere, Pirkanmaa, Finland

Key Account Manager
September 2014 - June 2020 (5 years 10 months)
Tampere

I joined in the Existing Business Sales team. More info coming later...

Operation Mobilization
Director, Financial Development
March 2014 - September 2014 (7 months)
Finland

I am responsible of Finances and Financial Development of OM Finland.

Techila Technologies
Key Account Executive
February 2013 - January 2014 (1 year)

I am responsible for ensuring prospects, leads and potentials will become buying customers. This has been achieved using successfully managed and highly productized Techila Pilot projects. Operational management or R&D and process development has been part of my daily routines, too.

Sabbatical
Individual Contributor
March 2012 - January 2013 (11 months)
Jumesniemi, Finland

I took one year off, in order to finalize our house. I have been doing voluntier TV programs and hosting web sites.

Nokia Inc.
17 years 3 months

Senior Manager, Product Concept and Execution Excellence
January 2010 - January 2012 (2 years 1 month)
Tampere

My long experience of making devices and innovativity were in great help in this position. Operative task of our team was to guide and challenge device concepts in early phase. I was defining Solutions and Device Core Experience guidelines and processes.

Senior Manager, User Experience
August 2005 - December 2009 (4 years 5 months)
Tampere, Finland

Work consisted of definition, training and implementation of User Experience (UX) process. I was responsible of defining UX Targets and simple, effective and common interaction design (IxD) specification for Nokia e-series devices.

### Manager, R&D
May 2003 - August 2005 (2 years 4 months)
Dallas, TX, USA

I was managing ES Dallas Mobility Solutions and Partner Technical Consultancy departments. Our 50+ people of engineers produced Mobile email clients for BlackBerry, Mail4Exchange, Visto, Seven services. In addition to that I was responsible of Technical Consultancy team for Nokia strategic partners like IBM and Microsoft.

### Senior Group Manager
May 2002 - April 2003 (1 year)
Tampere, Finland

My responsibility areas were creation of line organization and competence planning for Tampere Business Applications Business Unit together with other R&D sites.

### General Manager
October 1999 - April 2002 (2 years 7 months)
Tampere

I was responsible for implementation of Nokia Communicator strategy and product roadmaps. I was managing whole early concepts, product development and aftermarket services. I was running a line organization of product program managers, product managers and R&D project managers.

### Senior Product Program Manager
April 1998 - September 1999 (1 year 6 months)
Tampere, Finland

I was responsible for product development of Nokia PC Cards. Lifecycle responsibility included managing future concepts development, product development and aftermarket services. I was running a line organization of product program managers, product managers and R&D project managers.

### Product Program Manager
October 1995 - March 1998 (2 years 6 months)
Tampere, Finland

First PC Cardphone came out from a Nokia team I headed. I had business responsibility for the operation. It consists of profitability calculations, production planning, sourcing management, product marketing, product

development and verification. In addition to Cardphones I was working on several wireless data concept ideas.

### Test Manager, Nokia Communicator
November 1994 - September 1995 (11 months)
Tampere, Finland

I was responsible for product testing and type approval of first communicator. My task was to ramp up product testing organization and planning. Work did consists of reliability, performance, aging, EMC and type approval test planning and coordination.

### Nokia Mobile Phones
R&D Project Manager
August 1993 - August 1994 (1 year 1 month)
Tampere, FInland

As a project manager I was responsible for project plans, ensuring schedules were kept and people management. In cooperation with AT&T we brought on a market the first wireless cardmodem, which enabled fax and data transmission via analog mobile phone.

### Nokia, Reseach Center
Chief Engineer
March 1992 - September 1993 (1 year 7 months)
Tampere, Finland

In joint development with IBM, Nokia developed a portable computer called IBM PC Radio. As a chief engineer I was responsible for implementing modem block and wireless AT-command set for the device.

### Nokia, Research Center
SW Designer
June 1990 - February 1992 (1 year 9 months)
Tampere, Finland

User Inteface design and implementation for ActionNet 450 service software. My diploma work was an Electrical Man Machine Interface between GSM system simulator and mobile device.

### Multi Business Company
Technical Manager
1986 - 1987 (1 year)

I was responsible for software integration for PC and XP computers we built for our customers. I also was responsible for developing and delivering custom order project called "Profit Case" for TN-Systems Ltd.

## Education

### Tampere University of Technology
Software Business Management and Leadership · (2012 - 2013)

### University of Tampere
General Executive MBA, Strategic Business Management · (1999 - 2002)

### Tampere University of Technology
M.Sc., Digital Signal Processing, Electronics, Computer Science · (1987 - 1991)