# EXHIBIT U

# Paul Hunter

Office Managing Partner, Innovative Technology Advisor, Electronics/Software Patents at Foley & Lardner LLP
San Diego

## Contact

www.linkedin.com/in/paul-hunter-1766782 (LinkedIn)
www.foley.com (Company)
www.foley.com/phunter (Portfolio)

## Top Skills

Patents
Prosecution
Litigation

## Languages

Spanish

## Publications

"Unicorns: the next troll bait?" Intellectual Property Magazine, July/August 2015

America Invents Act

## Summary

Paul Hunter is a partner with Foley & Lardner LLP, chair of the firm's Electronics Practice, and Managing Partner of the San Diego office.

Paul counsels companies on a wide-range of legal and business issues relating to technology, intellectual property, and commercial transactions across many industries, including telecom, Internet of Things (IoT), health care, medical devices, automotive, aviation, computer software and hardware, alternative energies, power systems, and many other electronics fields. His prime focus as a trusted advisor is to assist companies in maximizing the value of their technology. Mr. Hunter has represented emerging growth entities, middle market companies, and multinational corporations in their strategic planning, development and growth.

His technical skills in electronics and computer technologies include telecom, computer software and hardware, semiconductor devices and fabrication processes, alternative energy technologies, and medical devices.

## Experience

**Foley & Lardner LLP**
23 years 5 months

Office Managing Partner
September 2016 - Present (5 years 4 months)

Chair, Electronics Practice Group
July 2015 - Present (6 years 6 months)

Partner
August 1998 - Present (23 years 5 months)
Patent Law

## Education

**University of Michigan Law School**
JD, Law · (1995 - 1998)

**Brigham Young University**
BS, Electrical and Computer Engineering · (1992 - 1995)