# EXHIBIT X

Patent 6847803 invented by Rauhala 

## Cases

25 Results

| Case | Case Filing Date ▼ |
|---|---|
| American Patents LLC v. Edimax Technology Co., Ltd.<br>4-21-cv-00855 (EDTX) | Oct. 25, 2021 |
| American Patents LLC v. Motorola Solutions, Inc. f/k/a Motorola, Inc.<br>4-21-cv-00856 (EDTX) | Oct. 25, 2021 |
| American Patents LLC v. Seiko Epson Corporation et al<br>4-21-cv-00718 (EDTX) | Sep. 15, 2021 |
| American Patents LLC v. Newell Brands Inc. et al<br>6-21-cv-00636 (WDTX) | Jun. 21, 2021 |
| American Patents LLC v. Sierra Wireless, Inc.<br>6-21-cv-00637 (WDTX) | Jun. 21, 2021 |
| American Patents LLC v. Xerox Corporation et al<br>6-21-cv-00638 (WDTX) | Jun. 21, 2021 |
| American Patents LLC v. Zebra Technologies Corporation<br>6-21-cv-00639 (WDTX) | Jun. 21, 2021 |
| American Patents LLC v. Altice USA, Inc. et al<br>4-20-cv-00903 (EDTX) | Nov. 23, 2020 |
| American Patents LLC v. Dish Network Corporation et al<br>4-20-cv-00905 (EDTX) | Nov. 23, 2020 |
| American Patents LLC v. JVCKENWOOD Corporation<br>4-20-cv-00906 (EDTX) | Nov. 23, 2020 |
| American Patents LLC v. Synology Inc.<br>4-20-cv-00907 (EDTX) | Nov. 23, 2020 |
| American Patents LLC v. Comcast Corporation et al<br>6-20-cv-00780 (WDTX) | Aug. 26, 2020 |
| American Patents LLC v. Sonim Technologies, Inc.<br>6-20-cv-00781 (WDTX) | Aug. 26, 2020 |
| American Patents LLC v. Arista Networks, Inc.<br>6-20-cv-00740 (WDTX) | Aug. 14, 2020 |
| American Patents LLC v. Extreme Networks, Inc.<br>6-20-cv-00741 (WDTX) | Aug. 14, 2020 |
| American Patents LLC v. Roku, Inc.<br>6-20-cv-00742 (WDTX) | Aug. 14, 2020 |
| Juniper Networks, Inc. v. American Patents LLC<br>IPR2020-01115 (PTAB) | Jun. 30, 2020 |
| American Patents LLC v. Coolpad Group Limited et al<br>4-19-cv-00877 (EDTX) | Nov. 26, 2019 |
| American Patents LLC v. Juniper Networks, Inc.<br>4-19-cv-00879 (EDTX) | Nov. 26, 2019 |
| American Patents LLC v. Hewlett Packard Enterprise Company<br>4-19-cv-00798 (EDTX) | Nov. 04, 2019 |
| American Patents LLC v. Hon Hai Precision Industry CO. LTD., et al<br>4-19-cv-00799 (EDTX) | Nov. 04, 2019 |
| American Patents LLC v. ZyXEL Communications Corporation<br>4-19-cv-00800 (EDTX) | Nov. 04, 2019 |
| American Patents LLC v. Tsinghua Tongfang Co., Ltd. et al<br>4-19-cv-00763 (EDTX) | Oct. 18, 2019 |
| American Patents LLC v. D-Link Corporation<br>4-19-cv-00764 (EDTX) | Oct. 18, 2019 |
| American Patents LLC v. TP-Link Technologies Co., Ltd.<br>4-19-cv-00765 (EDTX) | Oct. 18, 2019 |