UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEIKO EPSON CORPORATION and<br>EPSON PRECISION PHILIPPINES, INC.,<br><br>　　　　Defendants. | Civil Action No. 4:21-cv-00718-ALM |

**[PROPOSED] ORDER**

The Court, having considered Defendants Seiko Epson Corporation and Epson Precision Philippines, Inc.'s Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) ("the Motion to Dismiss"), hereby finds that the Motion to Dismiss is well taken and GRANTED, and it is hereby ORDERED that Plaintiff American Patents LLC's complaint against Defendants Seiko Epson Corporation and Epson Precision Philippines, Inc. is dismissed in its entirety.