# EXHIBIT E

**To Declaration of Matthew J. Hertko ISO Defendants' Motion to Dismiss for Failure to State a Claim (Omitted from original filing.)**



# Assignment abstract of title for Application 09513665

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| METHOD FOR REDUCING INTERFERENCE IN A RECEIVER<br>Jyri Rauhala, Olli-Pekka Lunden, Marko Erkkila | 6847803<br>Jan 25, 2005 | | 09513665<br>Feb 25, 2000 | | |

## Assignments (6 of 6 total)

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 046404/0466 | Jun 29, 2018 | Jul 19, 2018 | 13 | 9 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
INTELLECTUAL VENTURES ASSETS 81 LLC

**Correspondent**
LARRY D. THOMPSON, JR.
4306 YOAKUM BLVD
STE 450
HOUSTON, TX 77006

**Assignee**
AMERICAN PATENTS LLC
2325 OAK ALLEY
TYLER, TEXAS 75703

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 046275/0948 | Jun 01, 2018 | Jul 05, 2018 | 10 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
INTELLECTUAL VENTURES I LLC

**Correspondent**
INTELLECTUAL VENTURES MANAGEMENT- IP LEGAL
3150 139TH AVENUE SE
BUILDING 4, FLOOR 3
BELLEVUE, WA 98005

**Assignee**
INTELLECTUAL VENTURES ASSETS 81 LLC
251 LITTLE FALLS DRIVE
WILMINGTON 19808
UNITED STATES

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 026637/0611 | Jul 18, 2011 | Jul 22, 2011 | 290 | 12 |

**Conveyance**
MERGER (SEE DOCUMENT FOR DETAILS).

**Assignors**
SPYDER NAVIGATIONS L.L.C.

**Correspondent**
FOLEY & LARDNER LLP

150 EAST GILMAN STREET
MADISON, WI 53701-1497

**Assignee**
INTELLECTUAL VENTURES I LLC
2711 CENTERVILLE RD.
SUITE 400
WILMINGTON, DELAWARE 19808

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021331/0082 | Mar 22, 2007 | Aug 01, 2008 | 1 | 17 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
NOKIA CORPORATION

**Correspondent**
PAUL S HUNTER, FOLEY & LARDNER LLP
VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481

**Assignee**
SPYDER NAVIGATIONS L.L.C.
1209 ORANGE STREET
WILMINGTON, DELAWARE 19801

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021329/0782 | Jan 30, 2001 | Aug 01, 2008 | 1 | 31 |

**Conveyance**
MERGER (SEE DOCUMENT FOR DETAILS).

**Assignors**
NOKIA MOBILE PHONES LTD.

**Correspondent**
PAUL S HUNTER, FOLEY & LARDNER LLP
VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481

**Assignee**
NOKIA CORPORATION
KEILALAHDENTIE 4
02150 ESPOO
FINLAND

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 010598/0927 | Dec 08, 1999 | Feb 25, 2000 | 1 | 4 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
RAUHALA, JYRI
LUNDEN, OLLI-PEKKA
ERKKILA, MARKO

**Correspondent**
PERMAN & GREEN, LLP
CLARENCE A. GREEN
425 POST ROAD
FAIRFIELD, CONNECTICUT
06430-6232

**Assignee**
NOKIA MOBILE PHONES LTD.

KEILALAHDENTIE 4
02150 ESPOO

FINLAND