IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SEIKO EPSON CORPORATION and<br>EPSON PRECISION PHILIPPINES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 4:21-cv-718-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Defendants Seiko Epson Corporation ("Seiko Japan") and Epson Precision Philippines, Inc. ("Epson Philippines") (Seiko Japan and Epson Philippines are referred to collectively as "the Epson Defendants") and Plaintiff American Patents LLC ("American") hereby submit this Joint Motion To Stay All Deadlines and Notice of Settlement and respectfully show the Court as follows:

(1) American and the Epson Defendants have reached a settlement in principle resolving all matters in controversy between American and the Epson Defendants in the above-referenced action and are in the process of finalizing the settlement.

(2) Accordingly, American and the Epson Defendants submit that the Court's resources would best be served by a stay of all unreached deadlines for a period of forty-five (45) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREFORE, American and the Epson Defendants request the Court grant this Joint Motion To Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines for a period of forty-five (45) days.

Dated: March 25, 2022

Respectfully submitted,
/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

1

/s/ Matthew J. Hertko
Keith B. Davis
Texas State Bar No. 24037895
**JONES DAY**
2727 North Harwood Street
Suite 500
Dallas, Texas 75201-1515
(214) 220-3939 Phone
(214) 969-5100 Fax
kbdavis@jonesday.com

William E. Devitt
Matthew J. Hertko
**JONES DAY**
77 W. Wacker Drive
Suite 3500
Chicago, Illinois 60601
(312) 782-3939 Phone
(312) 782-8585 Fax
wdevitt@jonesday.com
mhertko@jonesday.com

*ATTORNEYS FOR DEFENDANTS SEIKO EPSON CORPORATION AND EPSON PRECISION PHILIPPINES, INC.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 25, 2022.

                                              */s/Zachariah S. Harrington*
                                              Zachariah S. Harrington