IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEIKO EPSON CORPORATION and EPSON PRECISION PHILIPPINES, INC., <br><br> Defendants. | CIVIL ACTION NO. 4:21-cv-718-ALM |

**ORDER**

On this date the Court considered the Joint Motion to Stay all Deadlines and Notice of Settlement (Dkt. #35) between Plaintiff American Patents LLC ("American") and Defendants Seiko Epson Corporation ("Seiko Japan") and Epson Precision Philippines, Inc. ("Epson Philippines") (Seiko Japan and Epson Philippines are referred to collectively as "the Epson Defendants"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be granted.

It is, therefore, **ORDERED** that all proceedings and deadlines in this case between American Patents and the Epson Defendants be stayed for forty-five (45) days.

**IT IS SO ORDERED.**

**SIGNED** this 29th day of March, 2022.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE