# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　Plaintiff,<br><br>　　v.<br><br>SEIKO EPSON CORPORATION and<br>EPSON PRECISION PHILIPPINES, INC.,<br><br>　Defendants. | CIVIL ACTION NO. 4:21-cv-718-ALM |

## ORDER

On this date the Court considered the Joint Motion to Stay all Deadlines in View of Settlement (Dkt. #37) between Plaintiff American Patents LLC ("American") and Defendants Seiko Epson Corporation ("Seiko Japan") and Epson Precision Philippines, Inc. ("Epson Philippines") (Seiko Japan and Epson Philippines are referred to collectively as "the Epson Defendants"). Based on the motion and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be granted.

It is, therefore, **ORDERED** that all proceedings and deadlines in this case between American Patents and the Epson Defendants be stayed for an additional fifteen (15) days.

　**IT IS SO ORDERED.**
　**SIGNED this 27th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE